PURRINGTON & McCONNELL
John H. McConnell (JM-6374)
82 Wall Street - Suite 1110
New York, New York  10005
(212) 943-5757

08 CV 03473

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

J.R.J. ENTERPRISES, INC.,

                          Plaintiff,

    -against-

M/V CCNI CARTAGENA, her engines,
boilers, etc., and
COMPANIA SUD-AMERICANA DE VAPORES, S.A.,

                          Defendants.
------------------------------------------x

          PURSUANT to Fed.R.Civ.P. 7.1 (formerly Local General

Rule 1.9 of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York) and to enable

Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned attorney of record

for the plaintiff (a private non-governmental party) certifies

that the following are corporate parents, affiliates and/or

subsidiaries of said parties which are publicly held:  **None**.


Dated:    New York, New York          PURRINGTON & McCONNELL
          April 9, 2008               Attorneys for Plaintiff

                                      By: _____
                                         John H. McConnell (JM-6374)

                                      82 Wall Street
                                      New York, New York 10005
                                      (212) 943-5757