```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
J.R.J. ENTERPRISES, INC.
                                            08 CIV 3473 (GBD)
                    Plaintiff,
                                            Rule 7.1 Statement
        -against-

M/V CCNI CARTAGENA, her engines, boilers,
etc., and COMPANIA SUD AMERICANA
DE VAPORES, S.A,

                    Defendants.
-------------------------------------X
```

       Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for defendant COMPANIA SUD AMERICANA DE VAPORES S.A., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of COMPANIA SUD AMERICANA DE VAPORES, S.A.

Dated:  New York, N.Y.
        June 4, 2008

                                                  Edward A. Keane (EK 1398)